**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 4:11CR00211-001** |
| | ) | |
| Plaintiff, | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **DEONDRAY ROBINSON,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter was heard on January 30, 2017 upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Darin Thompson.

The violation report was referred to Magistrate Judge George J. Limbert who issued a Report and Recommendation on January 12, 2017 [Doc. 36]. No objections having been filed the Court adopted the Magistrate Judge's Report and Recommendation and found that the following terms of supervision had been violated:

  1) new law violation incurred December 3, 2016;

  2) delinquent monthly supervision reports;

  3) failure to notify Probation Officer of change of address.

The Court found the violations to be Grade C and that defendant was a Criminal History Category III.

The Court noted the serious nature of defendant's new law violation and that the state

charges remain pending.  Upon consideration of the 3553(a) factors the Court sentenced defendant to a term of incarceration of eight months with credit for time served on the instant violations.  Upon release from incarceration, defendant's supervised release shall terminate.  The Court encouraged defendant to maintain employment, refrain from use of illicit substances, and to take advantage of any trade programs made available by the Bureau of Prisons.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.

**IT IS SO ORDERED.**


Dated: January 30, 2017              *s/    James S. Gwin*
                                     JAMES S. GWIN
                                     UNITED STATES DISTRICT JUDGE